**Rico Juhwan HUDSON, Petitioner,**

v.

**STATE of Florida, Respondent.**

**No. 1D16–4809.**

District Court of Appeal of Florida, First District.

Nov. 9, 2016.

Rico Juhwan Hudson, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

The petition alleging ineffective assistance of appellate counsel is denied on the merits.

WOLF, BILBREY, and M.K. THOMAS, JJ., concur.